UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                MDL No. 2272

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −78)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 356 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 14, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ENJOLI FLETCHER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
June 18, 2012

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION     MDL No. 2272

### SCHEDULE CTO−78 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 12−01696 | Blume v. Zimmer Inc et al | 12cv4724 |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 12−02576 | Tacorda et al v. Zimmer, Inc. et al | 12cv4725 |
| CONNECTICUT | | | | |
| CT | 3 | 12−00663 | Wolfradt v. Zimmer Inc et al | 12cv4726 |
| INDIANA SOUTHERN | | | | |
| INS | 3 | 12−00026 | PITECHER et al v. ZIMMER, INC. et al | 12cv4727 |
| KENTUCKY EASTERN | | | | |
| KYE | 6 | 11−00347 | Davis et al v. Zimmer, Inc. | 12cv4729 |
| KENTUCKY WESTERN | | | | |
| KYW | 3 | 12−00001 | Gafford et al. v. Zimmer Inc et al | 12cv4730 |
| MINNESOTA | | | | |
| MN | 0 | 12−01306 | Berry v. Zimmer, Inc. et al | 12cv4731 |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 1 | 12−00060 | Threadgill v. Zimmer, Inc. et al | 12cv4732 |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 12−00750 | Neilson et al v. Zimmer, Inc. et al | 12cv4733 |
| NEW JERSEY | | | | |

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 12−00335 | RABADAN et al v. ZIMMER, INC. et al | 12cv4734 |
| NJ | 2 | 12−01503 | DUKEMAN et al v. ZIMMER, INC. et al | 12cv3435 |
| NJ | 2 | 12−01505 | FAGAN et al v. ZIMMER, INC. et al | 12cv4736 |
| NJ | 2 | 12−01509 | PALMER et al v. ZIMMER, INC. et al | 12cv4737 |
| NJ | 2 | 12−01510 | RUSIGNUOLO et al v. ZIMMER, INC. et al | 12cv4738 |
| NJ | 2 | 12−01511 | LEWIS et al v. ZIMMER, INC. et al | 12cv4739 |
| NJ | 2 | 12−01513 | HUMPHREYS et al v. ZIMMER, INC. et al | 12cv4740 |
| NJ | 2 | 12−01514 | BRAY v. ZIMMER, INC. et al | 12cv4741 |
| NJ | 2 | 12−01516 | HICHBORN v. ZIMMER, INC. | 12cv4742 |
| NJ | 2 | 12−01517 | VIOLET MCCREA v. ZIMMER, INC. et al | 12cv4743 |
| NJ | 2 | 12−01518 | RODRIGUES v. ZIMMER, INC. et al | 12cv4744 |
| NJ | 2 | 12−01519 | MOSBY v. ZIMMER, INC. et al | 12cv4745 |
| NJ | 2 | 12−01521 | JOHNSON et al v. ZIMMER, INC. et al | 12cv4746 |
| NJ | 2 | 12−01522 | KIMBALL v. ZIMMER, INC. et al | 12cv4747 |
| NJ | 2 | 12−01523 | KAYA et al v. ZIMMER, INC. et al | 12cv4748 |
| NJ | 2 | 12−01601 | CLARK et al v. ZIMMER, INC. et al | 12cv4749 |
| NJ | 2 | 12−01985 | GILBERT et al v. ZIMMER, INC. et al | 12cv4750 |
| NJ | 2 | 12−01987 | BOGOTT et al v. ZIMMER, INC. et al | 12cv4751 |
| NJ | 2 | 12−01988 | MCKENZIE v. ZIMMER, INC. et al | 12cv4752 |
| NJ | 2 | 12−02406 | ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION et al v. ZIMMER, INC. et al | 12cv4753 |
| NJ | 2 | 12−02617 | ROSARIO COLON et al v. ZIMMER, INC. et al | 12cv4754 |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 12−03376 | Palmer v. Zimmer, Inc. et al | 12cv4755 |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 1 | 12−00706 | Thomas v. Zimmer, Inc. et al | 12cv4756 |
| OHN | 5 | 12−01056 | Johnson et al v. Zimmer, Inc. et al | 12cv4757 |

OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| OHS | 2 | 12−00433 | Tedrahn v. Zimmer Inc et al | 12cv4758 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−02642 | WAER et al v. ZIMMER, INC. et al | 12cv4759 |
| PAE | 2 | 12−02643 | DEVOE v. ZIMMER, INC. et al | 12cv4760 |
| PAE | 2 | 12−02645 | PAWELCZYK et al v. ZIMMER, INC. et al | 12cv4762 |
| PAE | 2 | 12−02647 | REINER v. ZIMMER, INC. et al | 12cv4763 |
| PAE | 5 | 12−02644 | WENTZEL et al v. ZIMMER, INC. et al | 12cv4764 |
| PAE | 5 | 12−02646 | HAMRIC et al v. ZIMMER, INC. et al | 12cv4765 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 4 | 12−01337 | Dollgener v. Zimmer, Inc. et al | 12cv4766 |