FILED
10/6/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12CV4725

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION     MDL No. 2272

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Illinois.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Illinois with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 06, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ MARLAN COWAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
October 24, 2014

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                                              MDL No. 2272

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ILN | 1 | 11−05718 | CAC | 2 | 11−04744 | Russell Wickholm et al v. Zimmer Inc et al |
| ILN | 1 | 13−01542 | CAC | 2 | 13−01076 | Russell Alexander et al v. Zimmer Inc et al |
| ILN | 1 | 13−04063 | CAC | 2 | 13−03614 | Sharon Allen et al v. Zimmer Inc et al |
| ILN | 1 | 12−04725 | CAN | 3 | 12−02576 | Tacorda et al v. Zimmer, Inc. et al |
| ILN | 1 | 12−05789 | CAN | 3 | 12−03445 | Moffett v. Zimmer, Inc. et al |
| ILN | 1 | 12−09128 | FLM | 2 | 12−00593 | Chaves v. Zimmer, Inc. et al |
| ILN | 1 | 12−02466 | FLM | 5 | 12−00144 | Barnes v. Zimmer, Inc. et al |
| ILN | 1 | 13−07089 | FLM | 5 | 13−00462 | Wharton v. Zimmer, Inc. et al |
| ILN | 1 | 12−09713 | FLS | 9 | 12−80869 | Falconeri v. Zimmer, Inc. et al |
| ILN | 1 | 13−00546 | INN | 3 | 12−00472 | Stancel v. Zimmer Inc et al |
| ILN | 1 | 13−03657 | INN | 3 | 13−00156 | Wilson et al v. Zimmer, Inc. et al |
| ILN | 1 | 14−01204 | INN | 3 | 14−00247 | Lemson v. Zimmer, Inc. et al |
| ILN | 1 | 11−06440 | KS | 2 | 11−02453 | Newman et al v. Zimmer, Inc. et al |
| ILN | 1 | 11−05728 | LAE | 2 | 11−01387 | Malbrough v. Zimmer Inc et al |
| ILN | 1 | 12−09165 | MIE | 2 | 12−14566 | Knapp v. Zimmer, Inc. et al |
| ILN | 1 | 13−05644 | MIE | 2 | 13−13210 | Duenow v. Zimmer, Inc. et al |
| ILN | 1 | 12−07070 | MN | 0 | 12−02094 | Doyle v. Zimmer Inc. et al |
| ILN | 1 | 12−04438 | MOE | 4 | 12−00824 | Vasquez v. Zimmer, Inc. et al |
| ILN | 1 | 12−07877 | MOE | 4 | 12−01101 | Koehn v. Zimmer Inc. et al |
| ILN | 1 | 12−07882 | MOE | 4 | 12−01639 | Van Wagner et al v. Zimmer Holdings, Inc. et al |
| ILN | 1 | 13−00547 | MOE | 4 | 12−01727 | Dorsey v. Zimmer Holdings, Inc. et al |
| ILN | 1 | 13−03137 | MOE | 4 | 13−00538 | Lehnhoff et al v. Zimmer, Inc. et al |
| ILN | 1 | 13−06811 | MOE | 4 | 13−01478 | Oliver v. Zimmer, Inc. et al |
| ILN | 1 | 12−00791 | MOW | 4 | 12−00096 | Parker v. Zimmer, Inc. et al |
| ILN | 1 | 12−02055 | MOW | 4 | 12−00257 | Fife et al v. Zimmer, Inc. et al |
| ILN | 1 | 12−07073 | MOW | 4 | 12−01096 | Jordan et al v. Zimmer Inc et al |
| ILN | 1 | 12−02333 | NCW | 5 | 12−00030 | Richards v. Zimmer, Inc. et al |
| ILN | 1 | 12−10296 | NJ | 1 | 12−06819 | Robert, et al v. ZIMMER, INC. et al |
| ILN | 1 | 12−02365 | NJ | 3 | 12−01489 | ZAVLICK et al v. ZIMMER, INC. et al |
| ILN | 1 | 13−04311 | NYW | 1 | 13−00545 | Brown v. Zimmer Inc. et al |
| ILN | 1 | 12−10094 | NYW | 6 | 12−06669 | Cone, et al v. Zimmer, Inc. et al |
| ILN | 1 | 13−06039 | OHN | 1 | 13−01539 | Lumpkin v. Zimmer, Inc et al |
| ILN | 1 | 12−04930 | OHN | 5 | 12−01383 | Wiser et al v. Zimmer, Inc. et al |
| ILN | 1 | 12−06533 | OHN | 5 | 12−01962 | Clark et al v. Zimmer, Inc. et al |
| ILN | 1 | 12−10303 | OHN | 5 | 12−02914 | McWhorter v. Zimmer Inc. et al |
| ILN | 1 | 12−01924 | OHS | 2 | 12−00134 | Walker v. Zimmer Inc et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| ILN | 1 | 12−06535 | OR | 3 | 12−00734 | Engel et al v. Zimmer, Inc. et al |
| ILN | 1 | 12−03337 | PAE | 2 | 12−01342 | SILL v. ZIMMER, INC., et al |
| ILN | 1 | 12−03338 | PAE | 2 | 12−01513 | BROWN v. ZIMMER, INC. et al |
| ILN | 1 | 12−03344 | PAE | 2 | 12−01962 | PETERSON et al v. ZIMMER, INC. et al |
| ILN | 1 | 12−03347 | PAE | 2 | 12−01965 | WEIDENHOF et al v. ZIMMER, INC. et al |
| ILN | 1 | 12−04759 | PAE | 2 | 12−02642 | WAER et al v. ZIMMER, INC. et al |
| ILN | 1 | 13−03618 | PAE | 2 | 13−02040 | TIGHE et al v. ZIMMER, INC. et al |
| ILN | 1 | 13−03619 | PAE | 2 | 13−02041 | WEAVER v. ZIMMER, INC. et al |
| ILN | 1 | 12−03363 | PAE | 5 | 12−01971 | KAMARA et al v. ZIMMER, INC., et al |
| ILN | 1 | 13−00565 | PAE | 5 | 12−06292 | MAJERCAK et al v. ZIMMER, INC. et al |
| ILN | 1 | 11−08675 | SC | 2 | 11−02685 | Busch v. Zimmer Inc et al |
| ILN | 1 | 13−06044 | TXS | 4 | 13−01916 | James Robert v. Zimmer, Inc. et al |
| ILN | 1 | 12−02298 | UT | 1 | 12−00038 | Taylor v. Zimmer et al |