IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TACORDA, et al., | Case No. 3:12-cv-02576 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| ZIMMER INC, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference is scheduled for November 18, 2014 at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. A joint case management conference statement must be filed no later than November 12, 2014.

**IT IS SO ORDERED.**

Dated: October 29, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge